# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

UNITED STATES OF AMERICA :
            :
  v.         :  Criminal No. 7:05-cr-5 (HL)
            :
NICKY TAMPAS and,    :
W. LEE PATRICK, JR.,    :
            :
  Defendants.     :
_____

## ORDER

The Court hereby directs as follows:

1. The Motion for Severance of Defendants [doc 21] filed by W. Lee Patrick, Jr. is granted. The Government initially filed a Response in Opposition to the Motion for Severance [doc 31], but has since advised the Court that it does not oppose severance. Therefore, the trial of W. Lee Patrick, Jr. shall be severed from the trial of Nicky Tampas.

2. The Motion for Severance and to Suppress [doc 35] of Defendant Nicky Tampas is granted, in part, and denied, in part. The Court grants the Motion insofar as it seeks to have the trial of W. Lee Patrick, Jr. severed from the trial of Nicky Tampas. The Court denies the Motion insofar as it seeks to have the statements of W. Lee Patrick, Jr. suppressed. However, the Court grants Nicky Tampas leave to raise the question of the admissibility of the statements of W. Lee Patrick, Jr. at the appropriate time during his trial.

3. The Motion for Continuance [doc 34] of Defendant Nicky Tampas is granted. The trial of Nicky Tampas shall be continued to the next Valdosta Term of Court, which is presently scheduled to begin November 7, 2005.  The trial of W. Lee Patrick, Jr. will go forward during the Valdosta Term of Court presently scheduled to begin July 11, 2005.

**SO ORDERED**, this the 22nd day of June, 2005.

<u>**s/ Hugh Lawson**</u>
**HUGH LAWSON, JUDGE**

mls